# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKEFELLER PHOTOS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COMMUNITY MARKET 2,<br><br>Defendant. | Case No.  1:26-cv-03095-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**DEADLINE: July 13, 2026** |

On April 4, 2026, Plaintiff commenced this action.  (ECF No. 1.)  The initial scheduling conference is currently set for August 11, 2026.  (ECF No. 2.)  The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered.  The Court observes that Plaintiff has filed a summons returned executed, indicating that Defendant had through May 19, 2026, to answer the complaint.  (ECF No. 5.)  However, at this time, Defendant has not answered or otherwise appeared.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that **on or before July 13, 2026**, Plaintiff shall file a status report indicating whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for the Defendant to appear in this action; and/or whether Plaintiff plans to request an entry of default.

IT IS SO ORDERED.

Dated:    **July 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2