# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKEFELLER PHOTOS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COMMUNITY MARKET 2,<br><br>Defendant. | Case No. 1:26-cv-03095-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 12)<br><br>**AUGUST 10, 2026 DEADLINE** |

On July 9, 2026, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed within thirty days. (ECF No. 12.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file dispositional documents **no later than August 10, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: __**July 10, 2026**__

STANLEY A. BOONE
United States Magistrate Judge